IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CV-97-D

| | |
|---|---|
| LENDORA BLOUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **MEMORANDUM &** |
| ) | **RECOMMENDATION** |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon Defendant's motion to dismiss (DE-12). Plaintiff has responded to this motion (DE-16), and the matter is now ripe for adjudication. Pursuant to 28 U.S.C. § 636(b)(1), this motion has been referred to the undersigned for the entry of a memorandum and recommendation (DE-17).

Defendant argues that Plaintiff has not commenced the instant action in a timely fashion (DE-13, pg. 1). Plaintiff seeks judicial review of Defendant's decision to deny Plaintiff's claims for supplemental security income benefits. Such claims are governed by 42 U.S.C. § 405(g), which provides in pertinent part that:

> Any individual, after any final decision of the Commissioner made after a hearing to which he was a party, irrespective of the amount in controversy, may obtain a review of such decision by a civil action commenced within sixty days after mailing to him of notice of such decision or within such further time as the Commissioner may allow.
> 42 U.S.C. § 405(g).

1

Mailing" has been interpreted as the date of receipt by the individual of the Appeals Council's Notice of Decision. 20 C.F.R. § 422.210(c). The date of receipt is presumed to be five days after the date of such notice, unless there is a reasonable showing made to the contrary. 20 CFR §§ 404.901 and 422.210(c). Here, Plaintiff has demonstrated that she received the Appeals Council Notice of Decision on May 20, 2010 (DE 16-1). Plaintiff filed a motion to proceed *in forma pauperis* ("IFP") on July 20, 2010. A copy of Plaintiff's proposed complaint accompanied the motion to proceed IFP. Her motion to proceed IFP was granted on August 2, 2010, and her Complaint formally became a part of the record in this matter on that same date. Based on these facts, the undersigned finds that Plaintiff's complaint was timely filed. Accordingly, it is HEREBY RECOMMENDED that Defendant's motion to dismiss be DENIED.

SO RECOMMENDED in Chambers at Raleigh, North Carolina on Monday, January 24, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE